

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/14/2010

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SWB WACO SH, L.P., | § | Case No. 10-38001-H1-11 |
| | § | |
| Debtor. | § | |

**ORDER**
(Docket No. ___)

    1.    The Facility Management Agreement with Campus Advantage, Inc. is hereby rejected pursuant to § 365(a) of the Bankruptcy Code effective as of September 16, 2010.

    2.    Damages arising from the rejection of the Facility Management Agreement shall constitute general unsecured claims against the Debtor. Any claim for such damages, as well as any claims for administrative expenses arising before the entry of this Order, must be filed with the Bankruptcy Court with 30 days after the entry date of this Order. Any claims not filed within such times shall be forever barred.

Signed: October 14, 2010

_____
Marvin Isgur
Chief United States Bankruptcy Judge