## SERVICE LIST

Mark Davis
Hughes Watters Askanase, LLP
333 Clay, 29th Floor
Houston, Texas 77002

Nancy Lynn Holley
United States Trustee
515 Rusk, Suite 3516
Houston, TX  77002

ADP, Inc
P.O. Box 78415
Phoenix, AZ 85062-8415

Advantage Pest Control
2513 Schooner Dr.
Plano, TX 75074

Arbor Contract Carpet, Inc
2100 East Union Bower, Suite 100
Irving, TX 75061

Catalyst
110 Wild Basin Rd., Suite 350
Austin, TX 78746

City Of Waco
Water Utility Service
P.O. Box 2570
Waco, TX 76702-2570

City Of Waco
P.O. Box 406
Waco, TX 76703

Elizabeth Muska
902 S. Marable
West, TX 76691

Internal Revenue Service –Spec. Proc.
Stop 5022 HOU
1919 Smith St.
Houston, TX  77002

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

JM Elite Builders
2800 S. Orange Blossom Trail
Orlando, FL 32805

MTO Cleaning Services
250 Bob White Circle
Lorena, TX 76655

RealPage Inc.
P.O. Box 671777
Dallas, TX 75267-1777

Schindler Elevator Corporation
P.O. Box 70433
Chicago, IL 60673-0433

Soloman Moore
P.O. Box 250786
Plano, TX 75025

Standard Coffee Service Co
P.O. Box 974860
Dallas, TX 75397-4860

The Rock Painting & Remodeling
P.O. Box 152528
Waco, TX 78731

Time Warner Cable
P.O. Box 7852
Waco, TX 76714

TQP Painting & Decorating, LP
3941 Legacy Dr.
Plano, TX 75023

University Directories
P.O. Box 8830
Chapel Hill, NC 27515

Unlimited Sprinkler Fire Protection, Inc
1130 Petal St., Suite 800
Dallas, TX 75238

Waco ISD
P.O. Box 406
Waco, TX 76703

Waco Public Imp. Dist. #1
P.O. Box 406
Waco, TX 76703

Waste Management
P.O. Box 13648
Philadelphia, PA 19101

Whirlpool Corporation
412 N. Peters Rd.
Knoxville, TN 37922

Wallace Bajjali Development Partners, LP
13135 Dairy Ashford, Suite 150
Sugarland, TX 77478

SWB Waco SH, L.P.
13135 Dairy Ashford, Suite 150
Sugarland, TX 77478

Walker & Patterson, P.C.
P.O. Box 61301
Houston, TX  77208

Kevin Matocha
1650 Hwy 6 South, Suite 430
Sugar Land, TX 77478

Nancy H. Hamren
Coats, Rose, Yale, Ryman & Lee, P.C.
3 East Greenway Plaza, Suite 2000
Houston, TX 77046

Jason R. Kennedy
Thomas, Feldman & Wilshusen, LLP
9400 North Central Expressway, Suite 900
Dallas, TX 75231

AT&T
PO Box 105262
Atlanta GA 30348-5262

Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760-7428

Thomas J. Colven, III
Colven & Tran, P.C.
5420 LBJ Freeway
Suite 300, LB 18
Dallas, TX 75240-6271

Jeffrey M. Hirsch
Schlanger, Silver, Barg & Paine, LLP
109 North Post Oak Lane, Suite 300
Houston, TX 77024

Parent(s) of A.A.
879 Birds MI SE
Marietta, GA 30067

Parent(s) of A.B.
1301 W. Sears St.
Denison, TX 75020

Parent(s) of A.B.
15507 Bluebonnett Dale Dr
Cypress, TX 72433

Parent(s) of A.B.
312 N. Conor
Joplin, MO 64801

Parent(s) of A.B.
3714 Binz Engleman Rd.
San Antonio, TX 78219

Parent(s) of A.B.
7300 Summitview
Irving, TX 75063

Parent(s) of A.B.
9108 Pin Oak
Waco, TX 76712

Parent(s) of A.C.
13135 Newberry St
Sugar Land, TX 77478

Parent(s) of A.D.
12730 E. Birchwood Drive
Wichita, KS 67206

Parent(s) of A.E.
3206 Bentgrass Dr.

Katy, TX 77450

Parent(s) of A.F.
13831 S 34th St
Phoenix, AZ 85044

Parent(s) of A.G.
75 S. Burberry Park Circle
Spring, TX 77382

Parent(s) of A. H.
1804 Tulip Dr.
Arlington, TX 76013

Parent(s) of A.H.
1106 Hatteras Dr.
Austin, TX 78753

Parent(s) of A.H.
14206 N. 46th Pl.
Phoenix, AZ 85032

Parent(s) of A.H.
1508 Royal Lane
Colleyville, TX 76034

Parent(s) of A.H.
4415 Tarlton Way
Sugar Land, TX 77478

Parent(s) of A.I.
10500 Rios Drive
Saginaw, TX 76179

Parent(s) of A.J.
4506 Ocotilla Dr.
Marble Falls, TX 78654

Parents of A.J.
18262 Winn Circle
Villa Park, CA 92861

Parent(s) of A.K.
29 Ellis Court
Morganville, NJ 07751

Parent(s) of A.K.
426 Stone Canyon

Sunnyvale, TX 75182

Parent(s) of A.K.
57 Chenal Cir
Little Rock, AR 72223

Parent(s) of A. M.
1818 Christine
Pampa, TX 79065

Parent(s) of A.M.
6810 Raynor Way
Sugar Land, TX 77479

Parent(s) of A.N.
19 Cope Jasmine Place
The Woodlands, TX 77381

Parent(s) of A.P.
5717 Courtney Circle
Fort Worth, TX 76137

Parent(s) of A.P.
7703 Elm St.
Houston, TX 77023

Parent(s) of A.P.
9985 Hunters Run
College Station, TX 77845

Parent(s) of A.R.
4500 Tour 18 Dr.
Flower Mound, TX 75022

Parent(s) of A.S.
113 Jasmine Way
Hutto, TX 78634

Parent(s) of A.S.
5916 Broadmoor Dr
Plano, TX 75093

Parent(s) of A.T.
11462 Medaway Dr.
Houston, TX 77089

Parent(s) of A.T.
16394 Hamlet Ln.

Foley, AL 36535

Parent(s) of A.T.
5411 Tortuga Trail
Austin, TX 78731

Parent(s) of A.T.
557 Rancho Baues
Houston, TX 77079

Parent(s) of A.T.
9327 Windrush Dr.
Spring, TX 77379

Parent(s) of A.Z.
11666 Gulf Point Drive #9305
Houston, TX 77089

Absolute Pest Management
P.O. Box 150923
Austin, TX 78715

Advanced Restoration Services
6803 A Woodway Dr.
Woodway, TX 76712

Aguilar Forming Rebar
P.O. Box 360086
Dallas, TX 75336

Andrews Meyers Coulter & Hayes
Attn: Patrick Hayes
3900 Essex Lane, #800
Houston, TX 77027-5198

Ashlee Ehrhart
215 Washington Ave.
Waco, TX 76701

Associated Interiors, Inc
6750 Boulevard 26
Fort Worth, TX 76180

Parent(s) of B.B.
2401 W. Spring Creek Pkwy
Plano, TX 75023

Parent(s) of B.B.
9201 W. Woodgate Cir.
Waco, TX 76708

Parent(s) of B.F.
P.O. Box 404
Ponder, TX 76259

Parent(s) of B.H.
110807 S. 4760 Rd
Muldrow, OK 74948

Parent(s) of B.M.
6403 Nottway Ct
Frisco, TX 75035

Parent(s) of B.P.
4519 Kleinway Drive
Houston, TX 77066

Parent(s) of B.P.
6729 Cherokee Trace
Gilmer, TX 75644

Parent(s) of B.S.
26011 Fawnwood Street
Magnolia, TX 77355

Parent(s) of B.T.
7111 Mission Court Dr
Houston, TX 77083

Parent(s) of B.W.
4206 Cinnabar Dr.
Dallas, TX 75227

Parent(s) of B.W.
428 Flagstone Dr.
Burleson, TX 76028

Barnett Contracting
7703 Bagby Avenue
Waco, TX 76712

Blakenship, Alison
Briesaun Williams
215 Washington Ave.
Waco, TX 76701

Bullseye Glass, LLC
6801 Steinbeck Bend
Waco, TX 76708

Parent(s) of C.B.
1401 Essex Drive
Desoto, TX 75115

Parent(s) of C.B.
19710 Copper Oaks Dr.
Tyler, TX 75703

Parent(s) of C.B.
6110 Hampton Way
Spring, TX 77389

Parent(s) of C.B.
909 Emerson Dr.
Waco, TX 76710

Parent(s) of C.C.
29232 Pebble Beach Dr.
Murrieta, CA 92563-4725

Parent(s) of C.C.
9911 NW Park Place Dr
Houston, TX 77086

Parent(s) of C.D.
109 San Jacinto Ct.
Southlake, TX 76092

Parent(s) of C.H.
116 Meadowcrest Rd
Fort Worth, TX 76101

Parent(s) of C.H.
118 Becky Lane
Waxahachie, TX 75165

Parent(s) of C.J.
3802 Silkwood Trail
Lillian, TX 76061

Parent(s) of C.K.
3906 Wood Park
Sugar Land, TX 77479

Parent(s) of C.L.
15931 Mission Glen Dr
Houston, TX 77083

Parent(s) of C.L.
26 Chenal Cir
Little Rock, AR 72223

Parent(s) of C.L.
8001 Trail Lake Drive
Rowlett, TX 75088

Parent(s) of C.M.
12609 Dessan Rd. #423
Austin, TX 78754

Parent(s) of C.M.
36 Horseshoe Trail
New Braunfels, TX 78132

Parent(s) of C.R.
1806 Waterbury Ct
Temple, TX 76502

Parent(s) of C.R.
2510 Tennyson St.
Corsicana, TX 75110

Parent(s) of C. S.
3409 Homan
Waco, TX 76707

Parent(s) of C.S.
721 Lockener Ave.
New Braunfels, TX 78130

Parent(s) of C.T.
426 Winding Dr.
Waco, TX 76705

Parent(s) of C.T.
7007 Spoonbill Ct
Arlington, TX 76002

Parent(s) of C.V.
237 N 1000 E
Zionsville, IN 46077

Parent(s) of C.W.
3811 Kelly Blvd.
Carrollton, TX 75007

Parent(s) of C.W.
8288 Acres Rd.
Temple, TX 76502

Parent(s) of C.W.
8405 Red Oak Rd.
Marshall, TX 75670

CTWP Leasing
3730 Franklin Ave.
Waco, TX 76710

Callsource
31280 Oak Crest Dr., #3
Westlake Village, CA 91361

Campus Advantage, Inc.
Attn:  Michael Peter
110 Wild Basin Rd., #365
Austin, TX 78746

Carol W Peddy
505 Briarglen Dr.
Coppell, TX 75019

Central Texas Security & Fire
205 Otis Dr., #1B
Waco, TX 76712

City of Waco and Waco ISD
c/o Michael Reed
P.O. Box 1269
Round Rock, TX 78680

Citywide Mechanical, Inc.
3825 Bryan St.
Dallas, TX 75204

Coey Taylor
215 Washington Ave.
Waco, TX 76701

Comcast
P.O. Box 3005
Southeastern, PA 19398

Comp. Security Sys.
31750 Sherman Avenue
Madison Heights, MI 48071-1403

Countersource, Inc.
5021 Statesman Dr.
Irving, TX 75063

Parent(s) of D.A.
4001 Treasure Island
Waco, TX 76706

Parent(s) of D.A.
66 Daughtrey #1215
Waco, TX 76706

Parent(s) of D.A.
754 Wedgewood Dr.
Crystal Lake, IL 60014

Parent(s) of D.C.
905 Trimmier Rd
Killeen, TX 76541

Parent(s) of D.E.
9000 Yoder Dr
Wadsworth, OH 44281

Parent(s) of D.H.
3300 Fireside Dr.
Flower Mound, TX 75028

Parent(s) of D.H.
Golden Pond
Kingwood, TX 77345

Parent(s) of D.K.
7504 A Lazy Creek Dr.
Austin, TX 78724

Parent(s) of D.Q.
P.O. Box 2672
Trinity, TX 75862

Parent(s) of D.R.

215 Washington Ave, #328
Waco, TX 76701

Parent(s) of D.R.
296 Meadowview Dr.
Killeen, TX 76549

DB Technology Services
P.O. Box 1395
Lockhart, TX 78644

Darden Building Materials, Inc.
200 Otis Dr.
Waco, TX 76712

DirecTV
P.O. Box 60036
Los Angeles, CA 90060

Dodd Creative Group
4300 N. Central Expressway
Dallas, TX 75206

Drywall Inc.
2301 Kendall Lane
Waco, TX 76702

Dupuy Oxygen
120 S.W. Loop 340
Waco, TX 76714

Parent(s) of E.B.
2 Ourlane Trail
Houston, TX 77024

Parent(s) of E.C.
5712 Twin Brooks Dr
Dallas, TX 75252

Parent(s) of E.F.
231 Meadow Croft Circle
Birmingham, AL 35242

Parent(s) of E.H.
401 S 3rd Street
Waco, TX 76706

Parent(s) of E.R.

5524 Banting Way
Dallas, TX 75227

Parent(s) of E.V.
4351 FM 2673
Canyon Lake, TX 78133

EE Reed Construction, LP
333 Commerce Green Blvd
Sugar Land, TX 77478

Parent(s) of F.G.
215 Washington Ave. #231
Waco, TX 76701

Federal Express
P.O. Box 660481
Dallas, TX 75266

Fermin Guerro, Jr.
215 Washington Ave.
Waco, TX 76701

First Home Improvement, Inc.
9272 Lyndon B. Johnson Fwy
Dallas, TX 75243

Fox Electric
1104 Colorado Ln
Arlington, TX 76015

Fun N Sun Pools, Inc
3601 Kim Dr., #201
Irving, TX 75061

Parent(s) of G.A.
9215 Partridge Cir.
Austin, TX 78758

Parent(s) of G.G.
13622 Lakeshore Way Ct
Houston, TX 77077

Parent(s) of G.R.
6210 McDonald Ct.
Sugar Land, TX 77479

Parent(s) of G.S.

3731 Townsend Dr.
Dallas, TX 75229

Parent(s) of H.A.
2483 CR 2550
Valley Mills, TX 76689

Parent(s) of H.G.
5525 Alexander Dr.
Fort Worth, TX 76112

Parent(s) of H.H.
109 Breck Dr.
Cedartown, GA 30125

Parent(s) of H.H.
4608 Maywood Dr.
Arlington, TX 76017

HD Supply Facilities Maintenance
P.O. Box 509058
San Diego, CA 92150-9058

HLU Services, Inc
14000 Old Richmond Rd.
Sugar Land, TX 77478

HPA Design Group, LP
Suite 270
5339 Alpha Rd.
Dallas, TX 75240

Hardware Resources
Suite 2
21240 Foster Rd.
Spring, TX 77388

Humphreys & Partners Architects
5339 Alpha Rd., #300
Dallas, TX 75240

Parent(s) of I.S.
2819 W. Colorado Blvd.
Dallas, TX 75211

IRIO Inc.
Suite 150
15303 Dallas Pkwy
Addison, TX 75001

In-Touch Communications
P.O. Box 811
Martinsburg, WV 25402

International Sports Properties
Dept. 905 ISP
P.O. Box 667715
Charlotte, NC 28266-7715

Parent(s) of J.A.
86 S. Chantsong Cir.
The Woodlands, TX 77382

Parent(s) of J.B.
339 County Rd. 4250
Winnsboro, TX 75494

Parent(s) of J.C.
19459 FM 1314
Porter, TX 77365

Parent(s) of J.C.
506 Heather Springs St.
La Porte, TX 77571

Parent(s) of J.E.
29103 Stapleford St.
Spring, TX 77386

Parent(s) of J.F.
10335 Cuera Del Oso NE
Albuquerque, NM 87111

Parent(s) of J.G.
2150 Wooten Rd
Beaumont, TX 77707

Parent(s) of J.G.
315 Tidewind
San Antonio, TX 78221

Parent(s) of J.H.
17315 Dawn Haven Ct
Houston, TX 77095

Parent(s) of J.H.

5110 Kings Ct  
Corpus Christi, TX 78413

Parent(s) of J.I.  
215 Washington Ave. #328  
Waco, TX 76701

Parent(s) of J.J.  
1011 W. Bond  
Denison, TX 75020

Parent(s) of J.J.  
1701 Brentwood Ct.  
Hollister, CA 95023

Parent(s) of J.J.  
6947 Rain Tree Forest  
San Antonio, TX 78233

Parent(s) of J.K.  
22521 Peartree  
Mission Viejo, CA 92692

Parent(s) of J.M.  
10727 River Oaks Dr.  
Conroe, TX 77385

Parent(s) of J.M.  
14964 Larkspur St  
Sylmar, CA 91342

Parent(s) of J.M.  
28 Thomas Newton Dr.  
Westborough, MA 01581

Parent(s) of J.M.  
3901 Timbercrest Dr  
Burleson, TX 76028

Parent(s) of J.M.  
608 Edgewood  
Kilgore, TX 75662

Parent(s) of J.M.  
9208 E. 76th Place  
Tulsa, OK 74133

Parent(s) of J.N.

4106 Southridge  
Rowlett, TX 75088

Parent(s) of J.P.  
1421 Lizzy Ct.  
Keller, TX 76248

Parent(s) of J.R.  
2310 Wilson Drive  
Weslaco, TX 78596

Parent(s) of J.R.  
3434 Indian Trail  
Arlington, TX 76016

Parent(s) of J.R.  
705 Arbor Downs Dr.  
Plano, TX 75023

Parent(s) of J.S.  
18 Hanna Court  
Westlake, TX 76262

Parent(s) of J.S.  
4627 Pine Valley Dr.  
Frisco, TX 75034

Parent(s) of J.T.  
2000 Stanton  
Brady, TX 76825

Parent(s) of J.T.  
3400 NE Akin Blvd. #316  
Lees Summit, MO 64064

Parent(s) of J.U.  
2206 Birch Creek Rd  
De Pere, WI 54115

Parent(s) of J.U.  
4202 Driftwood  
Wichita Falls, TX 76309

Parent(s) of J.V.  
12110 Dawson Cir.  
San Antonio, TX 78253

Parent(s) of J.V.

708 N. Davis
West, TX 76691

Parent(s) of J.W.
1371 Ginger Cir.
Weston, FL 33326

Parent(s) of J.W.
23163 Tranquil Springs Lane
Katy, TX 77494

Parent(s) of J.W.
4625 White Oak Lane
River Oaks, TX 76114

Parent(s) of J.W.
5941 Henley Dr.
Plano, TX 75093

Parent(s) of J.W.
6717 FM 2123
Paradise, TX 76073

JM Elite Builders
2800 S. Orange Blossom Trail
Orlando, FL 32805

Jacquelyn Marie Wallace Trust
c/o Nancy Gollan, Trustee
Suite 150
13135 Dairy Ashford
Sugar Land, TX 77478

James Johnson
215 Washington Ave.
Waco, TX 76701

James R. Cook/Jadco Contracting
2386 S. Dairy Ashford
Houston, TX 77077

Jerry Lankford
P.O. Box 387
Eddy, TX 76524

Jimmy Godby
215 Washington Ave.
Waco, TX 76701

Johnson Roof System, Inc.
P.O. Box 11368
Waco, TX 76716

Johnson Roof Systems Inc
c/o Fred M.Johnson, Jr
Post Office Box 58
Waco, TX 76703-0058

Parent(s) of K.B.
12857 Hwy 235
Sardis, GA 30456

Parent(s) of K.B.
6225 Rosemont Ave
Fort Worth, TX 76116

Parent(s) of K.D.
1715 Sampson Dr.
Tyler, TX 75701

Parent(s) of K.H.
11713 Galloway Loop
Eagle River, AK 99577

Parent(s) of K.H.
1258 Fenton Meadows Ct.
Fenton, MO 63026

Parent(s) of K.H.
310 East Angeline
Groesbeck, TX 76642

Parent(s) of K.K.
9710 Wolf Creek Drive
Irving, TX 75063

Parent(s) of K.K.
P.O. Box 125
Elmore City, OK 73433

Parent(s) of K.L.
1513 Clover Dr.
Allen, TX 75002

Parent(s) of K.M.
1401 Cookson Dr.

Ponca City, OK 74604

Parent(s) of K.M.
144 Rustic Meadow Way
Coppell, TX 75019

Parent(s) of K.N.
41 E. Wedgemere Circle
The Woodlands, TX 77381

Parent(s) of K.O.
245 Millbrook Rd.
North Haven, CT 06473

Parent(s) of K.O.
805 W. Smith St.
Cleburne, TX 76033

Parent(s) of K.P.
102 S. Chantsong Cir.
The Woodlands, TX 77382

Parent(s) of K.R.
1402 Hackberry St.
Clifton, TX 76634

Parent(s) of K.R.
1617 Creekridge Dr.
Keller, TX 76248

Parent(s) of K.R.
4404 Clifton Ln
McKinney, TX 75070

Parent(s) of K.S.
6823 Woodcrest
Sachse, TX 75048

Parent(s) of K.S.
865 Indigo Run Dr.
Bulverde, TX 78163

Parent(s) of K.T.
2713 Ruidoso Circle
Deer Park, TX 77536

Parent(s) of K.T.
6413 Castle Rock Cir

McKinney, TX 75071

Parent(s) of K.W.
3330 Cobb Pkwy NW Suite 17
PMB136
Acworth, GA 30101

Parent(s) of K.Z.
1723 Brush Creek Dr.
San Antonio, TX 78249

Kayla Merritt
215 Washington Ave.
Waco, TX 76701

Kesli Shepherd
215 Washington Ave.
Waco, TX 76701

Parent(s) of L.A.
818 E. Munroe Ave
Temple, TX 76501

Parent(s) of L.B.
701 Robinhood Dr.
Sherwood Forest, MD 21405

Parent(s) of L.C.
17405 CR 122
Tyler, TX 75703

Parent(s) of L.D.
2684 Carnation Dr.
Richardson, TX 75082

Parent(s) of L.E.
5717 Walden Dr
Plano, TX 75093

Parent(s) of L.H.
110 Anderson St.
Schulenburg, TX 78956

Parent(s) of L.H.
1479 Highland View Dr
Stephenville, TX 76401

Parent(s) of L.L.

1201 Western Hills Dr.
Sherman, TX 75092

Parent(s) of L.M.
7020 Hwy 75 South
Madisonville, TX 77864

Parent(s) of L.N.
5858 Grosseto Dr.
Frisco, TX 75034

Parent(s) of L.O.
26026 Oak Nest
San Antonio, TX 78255

Parent(s) of L.S.
1030 W. Stiles Rd
Hobbs, NM 88242

Parent(s) of L.S.
12820 Greenwood Forest Dr Apt 426
Houston, TX 77066

Parent(s) of L.S.
721 Lockener Ave
New Braunfels, TX 78130

Parent(s) of L.T.
3039 39th St.
Port Arthur, TX 77642

Parent(s) of L.Y.
8213 Canola Bend
Austin, TX 78729

LS Decker, Inc.
6901 Maple Avenue
Dallas, TX 75235

Lawns Ltd.
1824 Austin Ave.
Waco, TX 76701

Parent(s) of M.A.
624 Park Place
Hewitt, TX 76643

Parent(s) of M.B.

5914 Crescent Lane
Colleyville, TX 76034

Parent(s) of M.B.
101 Royal Springs
Crawford, TX 76638

Parent(s) of M.B.
2807 Knoxville Dr.
League City, TX 77573

Parent(s) of M.B.
3216 Escondido Pass
San Antonio, TX 78264

Parent(s) of M.B.
P.O. Box 62233
San Angelo, TX 76906

Parent(s) of M.C.
1806 Waterbury Ct
Temple, TX 76502

Parent(s) of M.C.
3408 Wentletrap St
Bay City, TX 77414

Parent(s) of M.C.
7711 Hornwood Drive
Houston, TX 77036

Parent(s) of M.D.
2045 Compass Ct.
Bodega Bay, CA 94923

Parent(s) of M.F.
P.O. Box 602
Waco, TX 76703

Parent(s) of M.G.
1100 Knotty Oaks
Woodway, TX 76712

Parent(s) of M.G.
5610 Katy Ln.
Beaumont, TX 77713

Parent(s) of M.L.

12403 Mellville Drive
Houston, TX 77089

Parent(s) of M.M.
1205 Space Lane
Austin, TX 78758

Parent(s) of M.M.
1712 Ascot Rd
Colorado Springs, CO 80906

Parent(s) of M.M.
18954 S. Pinnacle Circle
Baton Rouge, LA 70810

Parent(s) of M.N.
32 Glen Abbey
Abilene, TX 79697

Parent(s) of M.N.
6628 Castle Creek Drive
Fort Worth, TX 76132

Parent(s) of M.P.
1146 Forrest Ave.
Warson Woods, MO 63122

Parent(s) of M.P.
8312 S. Lancaster Dr
Dallas, TX 75241

Parent(s) of M.R.
1805 Burton Hill
Fort Worth, TX 76107

Parent(s) of M.S.
3426 E. Mercer Lane
Phoenix, AZ 85028

Parent(s) of M.S.
3653 Timberglen Dr. #1036
Dallas, TX 75287

Parent(s) of M.W.
17118 Dewgrass
Houston, TX 77060

MTO Cleaning Services

250 Bob White Circle
Lorena, TX 76655

McLennan County/Community College
P.O. Box 406
Waco, TX 76703

McLennan County Tile Co., Inc.
P.O. Box 2345
Hewitt, TX 76643

Metal Construction Materials, Inc.
8129 Jackrabbit Rd.
Houston, TX 77095

Michael Orsak
611 Houston St.
Richmond, TX 77469

Mike Ybarra
215 Washington Ave.
Waco, TX 76701

Parent(s) of N.D.
16703 Bridle Oak Dr.
Cypress, TX 77433

Parent(s) of N.E.
1410 Bentwood Drive
Missouri City, TX 77489

Parent(s) of N.I.
2717 Wickersham Drive
Temple, TX 76802

Parent(s) of N.L.
8800 Melissa Ct.
Waxahachie, TX 75167

Parent(s) of N.M.
P.O. Box 16325
Sugar Land, TX 77496

Office Max Inc.
P.O. Box 101705
Atlanta, GA 30392

Otis Elevator Company

P.O. Box 730400  
Dallas, TX 75373-0400  

Overhead Door Co. of Waco  
22009 Bush Dr.  
Waco, TX 76712  

Parent(s) of P.D.  
1220 Atalin St  
Mandeville, LA 70448  

Parent(s) of P.J.  
740 Pifer Rd.  
Houston, TX 77024  

Parent(s) of P.J.  
7800 Southwest Pkwy, #412  
Austin, TX 78735  

Parent(s) of P.M.  
27060 Ramblewood  
San Antonio, TX 78214  

Parent(s) of Q.H.  
25 Brentwood Circle  
Lubbock, TX 79407  

Parent(s) of R.C.  
1600 FM 1980  
Meadowlakes, TX 78654  

Parent(s) of R.C.  
2117 N. Main St.  
Cleburne, TX 76033  

Parent(s) of R.C.  
6066 Prairie Falcon Dr.  
La Verne, CA 91750  

Parent(s) of R.C.  
927 Lakespur Dr.  
Sugar Land, TX 77479  

Parent(s) of R.D.  
22533 Tula Dr.  
Santa Clarita, CA 91350  

Parent(s) of R.D.  

5803 Meadow Lane  
Kaufman, TX 75142  

Parent(s) of R.G.  
1013 Deer Park Ct  
Longview, TX 75604  

Parent(s) of R.G.  
2004 Kittiwalle Lane  
Cedar Park, TX 78613  

Parent(s) of R.G.  
315 Tidewind St  
San Antonio, TX 78221  

Parent(s) of R.K.  
4140 Boulder Park Dr.  
Euless, TX 76040  

Parent(s) of R.L.  
1320 Coastal Drive  
Rockwall, TX 75087  

Parent(s) of R.M.  
13112 Alhambra  
Leawood, KS 66209  

Parent(s) of R.O.  
7329 Brentwood Cir.  
Waco, TX 76712  

Parent(s) of R.P.  
14011 Lane Oak Ln  
Woodway, TX 76712  

Parent(s) of R.S.  
1400 McCorey  
Waco, TX 76704  

Ricky A. Devers  
215 Washington Ave.  
Waco, TX 76701  

Rida Kaiser  
215 Washington Ave.  
Waco, TX 76701  

Parent(s) of S.A.

18821 China Spring Dr
Waco, TX 76708

Parent(s) of S.A.
2500 Hwy 121, #1623
Euless, TX 76039

Parent(s) of S.A.
2944 Moody Dr.
Plano, TX 75025

Parent(s) of S.A.
394 Private Rd. 2610
Meridian, TX 76665

Parent(s) of S.B.
2405 Delaney Terrace
Lewsville, TX 75028

Parent(s) of S.C.
1216 Sherwood Lane
Oklahoma City, OK 73116

Parent(s) of S.C.
165 Palo Alto Dr.
Brownsville, TX 78521

Parent(s) of S.C.
612 Barbara Jean
Hewitt, TX 76643

Parent(s) of S.D.
13279 Retreat Ln
Moody, TX 76557

Parent(s) of S.D.
1512 Weathered St.
Irving, TX 75062

Parent(s) of S.G
10819 Indian Ledge Dr
Houston, TX 77064

Parent(s) of S.G.
2200 Cheyenne Trl
Harker Heights, TX 76548

Parent(s) of S.H.

5606 Grand Masterpiece Ct.
Houston, TX 77041

Parent(s) of S.J.
511 Simpson
Sherman, TX 75092

Parent(s) of S.K.
51 E. Wedgemere Cir.
The Woodlands, TX 77381

Parent(s) of S.K.
60780 Avenida
Palm Desert, CA 92260

Parent(s) of S.L.
507 Monterrey Dr.
Alamo, TX 78516

Parent(s) of S.M.
10718 EdgeCrest
San Antonio, TX 78217

Parent(s) of S.M.
31003 Still Oaks Lane
Spring, TX 77386

Parent(s) of S.N.
7612 Village Trail Drive
Dallas, TX 75254

Parent(s) of S.P.
1820 19th Aven N.
Texas City, TX 77590

Parent(s) of S.Q.
396 FM 1303
Floresville, TX 78114

Parent(s) of S.R.
4207 Clear Water Ct
Missouri City, TX 77459

Parent(s) of S.S.
1 Hollymead Dr
The Woodlands, TX 77381

Parent(s) of S.S.

2512 Marilyn Dr.
Tyler, TX 75701

Parent(s) of S.S.
817 10th St.
Waco, TX 76706

Parent(s) of S.V.
6910 Sundew Creek
Converse, TX 78109

Parent(s) of S.W.
200 Private Rd 3817
Hallsville, TX 75650

Parent(s) of S.W.
2010 Ave P
Huntsville, TX 77340

Parent(s) of S.W.
330 HCR 2207
Aquilla, TX 76622

Parent(s) of S.W.
372 John Nors Rd.
West, TX 76691

Parent(s) of S.W.
418 Raider
Wolfforth, TX 79382

StarTex Power
P.O. Box 4802
Houston, TX 77210-4802

Stonehenge Companies, LLC
1650 Hwy 6 South, #430
Sugar Land, TX 77478

Parents(s) of T.E.
2073 Came Drive
Lewisville, TX 75067

Parent(s) of T.H.
16650 Jones Maltsberger Rd.
San Antonio, TX 78242

Parent(s) of T.H.

5691 Miramar
Frisco, TX 75034

Parent(s) of T.L.
21001 N. Tatum Blvd Suite 1630-622
Phoenix, AZ 85050

Parent(s) of T.L.
6012 74th Street
Lubbock, TX 79424

Parent(s) of T.O.
3202 Redwing Cir.
Montgomery, TX 77356

Parent(s) of T.P.
607 Cedar St.
Forney, TX 75126

Parent(s) of T.R.
1725 Williams Rd.
Irving, TX 75060

Parent(s) of T.S.
1712 Ascot Rd
Colorado Springs, CO 80906

Parent(s) of T.S.
766 New Ballwin Rd
Ballwin, MO 63021

Parent(s) of T.T.
709 Pine Valley
Lufkin, TX 75901

Parent(s) of V.D.
2609 Tillman Dr.
Arlington, TX 76006

Parent(s) of V.G.
14885 Peachmeadow Ln
Channelview, TX 77530

Parent(s) of W.L.
7310 94th St.
Lubbock, TX 79424

Parent(s) of W.P.

219 Salinas
Laredo, TX 78040

Whitney Leigh Wallace Trust
c/o Nancy Gollan, Trustee
Suite 150
13135 Dairy Ashford
Sugar Land, TX 77478

Parent(s) of Z.C.
13708 Biltmore Lakes
San Antonio, TX 78233

Parent(s) of Z.G.
600 Schumann Beach Rd.
New Braunfels, TX 78130

David E. Thomas
Thomas, Cinclair & Beuttenmuller
5335 Spring Valley
Dallas, TX 75254

Overhead Door Company of Waco
c/o Blake Rasner
Haley & Olson, P.C.
510 North Valley Mills Drive, Suite 600
Waco, TX 76710

City of Waco and Waco ISD
c/o Michael Reed
P.O. Box 1269
Round Rock, TX 78680-1269

AT&T
P.O. Box 5001
Carol Stream, IL 60197-5001

Advanced Restoration Services
P.O. Box 20834
Waco, TX 76702-0834

City of Waco
Leah Hayes, City Attorney
P.O. Box 2570
Waco, TX 76702-2570

City of Waco Water Office
P.O. Box 2649
Waco, TX 76702-2649

Costa Bajjali
13135 Dairy Ashford, Suite 150
Sugar Land, TX 77478-3681

DASH
Attn: Reagan Ramsower
VP Finance & Admin
Baylor University
Waco, TX 76798

David Wallace
13135 Dairy Ashford, Suite 150
Sugar Land, TX 77478-3681

Gary Gunn
Three Allen Center, 20th Floor
333 Clay
Houston, TX 77002-4000

Sterling Bank
Attn: Gerald Mangum, Sr. VP
Special Assets Group
15000 Northwest Freeway 3rd Floor
Houston, TX 77040-3220

Sterling Bank
Attn: Lance Schielack
2550 North Loop West, Suite 600
Houston, TX 77092-8912

Sterling Bank
Attn: Legal Dept.
2550 North Loop West, Suite 600
Houston, TX 77092-8912

T. L.
Parents of T.L.
3080 Tervuren
Belgium

Time Warner Cable
Attn: Mr. Bobby Phillips
215 Factory Drive
Waco, TX 76710-6959

W. L.

Parents of W.L.
7310 94th St.
Lubbock, TX  79424-4948