

ARTICLE IUNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
ARTICLE IIHOUSTON DIVISION

ENTERED
06/29/2011

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SWB WACO SH, L.P., | § | CASE NO. 10-38001-H1-11 |
| | § | (Chapter 11) |
| Debtor. | § | |

### ORDER APPROVING COMPROMISE
### (Docket No. _____)

The Court has considered the Motion to Compromise Controversy with ADP Totalsource ("ADP") filed by SWB Waco SH, L.P., (the "SWB"). The Court finds that (i) the compromise is in the best interests of the estate and its creditors; and (ii) adequate notice of the Motion has been given to creditors and parties-in-interest in this case. Accordingly, it is, therefore,

**ORDERED THAT:**

1. The Motion is **GRANTED**.

2. Within fourteen days after the entry of an order approving this proposed settlement, ADP shall pay the sum of $11,552.87 to SWB Waco SH, LP in good and available funds (the "Settlement Payment"). Any check shall be made payable to "SWB Waco SH, LP" and delivered c/o David R. Jones, Porter Hedges LLP, 1000 Main Street, 36th Floor, Houston, Texas 77002. The payment may also be made by wire transfer to the IOLTA account of Porter Hedges LLP.

3. Within fourteen days after the entry of an order approving this proposed settlement, SWB will dismiss all of the estate's claims in Adversary No. 11-3152 with prejudice with each party to bear its respective costs.

4. Except of the obligations hereunder, all claims held by SWB against ADP are released and forever discharged

Signed: June 29, 2011

_____
Marvin Isgur
Chief United States Bankruptcy Judge

```
                                   United States Bankruptcy Court
                                     Southern District of Texas
In re:                                                                            Case No. 10-38001-mi
SWB Waco SH, L.P.                                                                 Chapter 11
David G Wallace
        Debtors                          CERTIFICATE OF NOTICE
District/off: 0541-4          User: adol                  Page 1 of 7                  Date Rcvd: Jun 29, 2011
                              Form ID: pdf001             Total Noticed: 403


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2011.
db         +SWB Waco SH, L.P.,    Suite 150,    13135 Dairy Ashford,   Sugar Land, TX 77478-3681
aty        +Walker & Patterson, P.C.,    P.O. Box 61301,   Houston, TX 77208-1301
cr          L.S. Decker, Inc.,    6901 Maple Avenue,   Dallas, Tx  75235-4600
7089663    +A. A.,    Parent(s) of A.A.,    879 Birds MI SE,   Marietta, GA 30067-5141
7089668    +A. B.,    Parent(s) of A.B.,    312 N. Conor,   Joplin, MO 64801-2835
7089667    +A. B.,    Parent(s) of A.B.,    1301 W. Sears St.,    Denison, TX 75020-3419
7089665    +A. B.,    Parent(s) of A.B.,    7300 Summitview,   Irving, TX 75063-3367
7089669    +A.B.,    Parent(s) of A.B.,    9108 Pin Oak,   Waco, TX 76712-3340
7089664    +A. B.,    Parent(s) of A.B.,    15507 Bluebonnet Dale Dr,    Cypress, TX 77433-5574
7089666    +A. B.,    Parent(s) of A.B.,    3714 Binz Engleman Rd.,    San Antonio, TX 78219-2234
7089670    +A. C.,    Parent(s) of A.C.,    13135 Newberry St,   Sugar Land, TX 77478-1825
7089671    +A. D.,    Parent(s) of A.D.,    12730 E. Birchwood Drive,    Wichita, KS 67206-3619
7089672    +A. E.,    Parent(s) of A.E.,    3206 Bentgrass Dr.,   Katy, TX 77450-8535
7089673    +A. F.,    Parent(s) of A.F.,    13831 S 34th St,   Phoenix, AZ 85044-3612
7089674    +A. G.,    Parent(s) of A.G.,    75 S. Burberry Park Circle,    Spring, TX 77382-5429
7089677    +A. H.,    Parent(s) of A. H.,    1804 Tulip Dr.,   Arlington, TX 76013-4939
7089676    +A. H.,    Parent(s) of A.H.,    1508 Royal Lane,   Colleyville, TX 76034-5584
7089679    +A. H.,    Parent(s) of A.H.,    4415 Tarlton Way,    Sugar Land, TX 77478-5286
7089678    +A. H.,    Parent(s) of A.H.,    1106 Hatteras Dr.,    Austin, TX 78753-2062
7089675    +A. H.,    Parent(s) of A.H.,    14206 N. 46th Pl.,    Phoenix, AZ 85032-5560
7089680     A. I.,    Parent(s) of A.I.,   10500 Rios Drive,   Saginaw, TX 76179
7089681     A. J.,    Parent(s) of A.J.,    4506 Ocotilla Dr.,    Marble Falls, TX 78654
7089682    +A. J.,    Parents of A.J.,    18262 Winn Circle,    Villa Park, CA 92861-2628
7089686    +A. K.,    Parent(s) of A.K.,    29 Ellis Court,   Morganville, NJ 07751-2654
7089684    +A. K.,    Parent(s) of A.K.,    57 Chenal Cir,   Little Rock, AR 72223-9567
7089683    +A. K.,    Parent(s) of Allison Kusenberger,    57 Chenal Cir,    Little Rock, AR 72223-9567
7089685    +A. K.,    Parent(s) of A.K.,    426 Stone Canyon,    Sunnyvale, TX 75182-4604
7089687    +A. M.,    Parent(s) of A.M.,    6810 Raynor Way,    Sugar Land, TX 77479-6654
7089688    +A. M.,    Parent(s) of A. M.,    1818 Christine,   Pampa, TX 79065-3716
7089689    +A. N.,    Parent(s) of A.N.,    19 Cope Jasmine Place,   The Woodlands, TX 77381-6458
7089691    +A. P.,    Parent(s) of A.P.,    5717 Courtney Circle,    Fort Worth, TX 76137-2662
7089692    +A. P.,    Parent(s) of A.P.,    7703 Elm St.,   Houston, TX 77023-2722
7089690    +A. P.,    Parent(s) of A.P.,    9985 Hunters Run,   College Station, TX 77845-7931
7089693    +A. R.,    Parent(s) of A.R.,    4500 Tour 18 Dr.,    Flower Mound, TX 75022-6400
7089695    +A. S.,    Parent(s) of A.S.,    5916 Broadmoor Dr,    Plano, TX 75093-7831
7089694    +A. S.,    Parent(s) of A.S.,    113 Jasmine Way,    Hutto, TX 78634-5539
7089696    +A. T.,    Parent(s) of A.T.,    16394 Hamlet Ln.,    Foley, AL 36535-8113
7089699    +A. T.,    Parent(s) of A.T.,    557 Rancho Baues,   Houston, TX 77079-6819
7089697    +A. T.,    Parent(s) of A.T.,    11462 Medaway Dr.,    Houston, TX 77089-5339
7089700    +A. T.,    Parent(s) of A.T.,    9327 Windrush Dr.,    Spring, TX 77379-6660
7089698    +A. T.,    Parent(s) of A.T.,    5411 Tortuga Trail,    Austin, TX 78731-4535
7089701    +A. Z.,    Parent(s) of A.Z.,    11666 Gulf Point Drive #9305,     Houston, TX 77089-2622
7089705     ADP, Inc,    P.O. Box 78415,    Phoenix, AZ 85062-8415
7089714     AT&T,    P.O. Box 105262,    Atlanta, GA 30348-5262
7089713     AT&T,    P.O. Box 5001,    Carol Stream, IL 60197-5001
7089704    +Absolute Pest Management,    P.O. Box 150923,   Austin, TX 78715-0923
7089706    +Advanced Restoration Services,    PO Box 20834,   Waco, TX 76702-0834
7089707    +Advantage Pest Control,    2513 Schooner Dr.,   Plano, TX 75074-2842
7089708    +Aguilar Forming Rebar,    P.O. Box 360086,   Dallas, TX 75336-0086
7089709     Andrews Meyers Coulter & Hayes,    Attn: Patrick Hayes,    Suite 800,    3900 Essex Lane,
             Houston, TX 77027-5198
7089710    +Arbor Contract Carpet, Inc,    Suite 100,   2100 East Union Bower,    Irving, TX 75061-8812
7218810    +Arbor Contract Carpet, Inc.,    c/o David E. Thomas, Esq.,    Thomas,Cinclair & Beuttenmuller, PC,
             5335 Spring Valley Road,    Dallas, TX 75254-3009
7089711    +Ashlee Ehrhart,    215 Washington Ave.,   Waco, TX 76701-1400
7089712    +Associated Interiors, Inc,    6750 Boulevard 26,   Fort Worth, TX 76180-8838
7089715    +B. B.,    Parent(s) of B.B.,    #2910,   2401 W. Spring Creek Pkwy,    Plano, TX 75023-4173
7089716    +B. B.,    Parent(s) of B.B.,    9201 W. Woodgate Cir.,   Waco, TX 76712-8666
7089717    +B. F.,    Parent(s) of B.F.,    P.O. Box 404,   Ponder, TX 76259-0404
7089718    +B. H.,    Parent(s) of B.H.,    110807 S. 4760 Rd,   Muldrow, OK 74948-5402
7089719    +B. M.,    Parent(s) of B.M.,    6403 Nottway Ct,   Frisco, TX 75035-7737
7089721    +B. P.,    Parent(s) of B.P.,    6729 Cherokee Trace,    Gilmer, TX 75644-5144
7089720    +B. P.,    Parent(s) of B.P.,    4519 Kleinway Drive,    Houston, TX 77066-4391
7089722    +B. S.,    Parent(s) of B.S.,    26011 Fawnwood Street,   Magnolia, TX 77355-7933
7089723    +B. T.,    Parent(s) of B.T.,    7111 Mission Court Dr,    Houston, TX 77083-4507
7089724    +B. W.,    Parent(s) of B.W.,    4206 Cinnabar Dr.,    Dallas, TX 75227-1706
7089725    +B. W.,    Parent(s) of B.W.,    428 Flagstone Dr.,    Burleson, TX 76028-4027
7089726    +Barnett Contracting,    7703 Bagby Avenue,   Waco, TXX 76712-6924
7182701    +Barnett Contracting LP,    7703 Bagby Avenue,   Waco, TX 76712-6924
7089728    +Briesaun Williams,    215 Washington Ave.,   Waco, TX 76701-1400
7089729    +Bullseye Glass, LLC,    6801 Steinbeck Bend,   Waco, TX 76708-5336
7089732    +C. B.,    Parent(s) of C.B.,    1401 Essex Drive,    Desoto, TX 75115-3482
7089733    +C. B.,    Parent(s) of C.B.,    19710 Copper Oaks Dr.,    Tyler, TX 75703-8710
```

```
District/off: 0541-4          User: adol                 Page 2 of 7                   Date Rcvd: Jun 29, 2011
                              Form ID: pdf001            Total Noticed: 403

7089731      +C. B.,    Parent(s) of C.B.,    909 Emerson Dr.,    Waco, TX 76710-4742
7089730      +C. B.,    Parent(s) of C.B.,    6110 Hampton Way,    Spring, TX 77389-4912
7089734      +C. C.,    Parent(s) of C.C.,    9911 NW Park Place Dr,    Houston, TX 77086-3411
7089735       C. C.,    Parent(s) of C.C.,    29232 Pebble Beach Dr.,    Murrieta, CA 92563-4725
7089736      +C. D.,    Parent(s) of C.D.,    109 San Jacinto Ct.,    Southlake, TX 76092-5947
7089738      +C. H.,    Parent(s) of C.H.,    118 Becky Lane,    Waxahachie, TX 75165-9655
7089737      +C. H.,    Parent(s) of C.H.,    116 Meadowcrest Rd,    Fort Worth, TX 76108-9016
7089739       C. J.,    Parent(s) of C.J.,    3802 Silkwood Trail,    Lillian, TX 76061
7089740      +C. K.,    Parent(s) of C.K.,    3906 Wood Park,    Sugar Land, TX 77479-2838
7089741      +C. L.,    Parent(s) of C.L.,    26 Chenal Cir,    Little Rock, AR 72223-9566
7089742      +C. L.,    Parent(s) of C.L.,    8001 Trail Lake Drive,    Rowlett, TX 75088-8931
7089743      +C. L.,    Parent(s) of C.L.,    15931 Mission Glen Dr,    Houston, TX 77083-5387
7089745      +C. M.,    Parent(s) of C.M.,    36 Horseshoe Trail,    New Braunfels, TX 78132-3726
7089744      +C. M.,    Parent(s) of C.M.,    12609 Dessan Rd. #423,    Austin, TX 78754-1862
7089746      +C. R.,    Parent(s) of C.R.,    2510 Tennyson St.,    Corsicana, TX 75110-1636
7089747      +C. R.,    Parent(s) of C.R.,    1806 Waterbury Ct,    Temple, TX 76502-7336
7089749      +C. S.,    Parent(s) of C. S.,    3409 Homan,    Waco, TX 76707-1703
7089748      +C. S.,    Parent(s) of C.S.,    721 Lockener Ave.,    New Braunfels, TX 78130-5339
7089750      +C. T.,    Parent(s) of C.T.,    7007 Spoonbill Ct,    Arlington, TX 76002-3344
7089751       C. T.,    Parent(s) of C.T.,    426 Winding Dr.,    Waco, TX 76705
7089752      +C. V.,    Parent(s) of C.V.,    237 N 1000 E,    Zionsville, IN 46077-9748
7089754      +C. W.,    Parent(s) of C.W.,    3811 Kelly Blvd.,    Carrollton, TX 75007-2051
7089753      +C. W.,    Parent(s) of C.W.,    8405 Red Oak Rd.,    Marshall, TX 75670-7703
7089755      +C. W.,    Parent(s) of C.W.,    8288 Acres Rd.,    Temple, TX 76502-7604
7089771      +CTWP,    215 Washington Ave,    Waco, TX 76701-1400
7089772      +CTWP Leasing,    3730 Franklin Ave.,    Waco, TX 76710-7330
7089756      +Callsource,    Suite 3,    31280 Oak Crest Dr.,    Westlake Village, CA 91361-5681
7089757      +Campus Advantage, Inc.,    Attn: Michael Peter,    Suite 365,    110 Wild Basin Rd.,
               Austin, TX 78746-3352
7089758      +Carol W Peddy,    505 Briarglen Dr.,    Coppell, TX 75019-5701
7089759      +Catalyst,    Suite 350,    110 Wild Basin Rd.,    Austin, TX 78746-3358
7089760      +Central Texas Security & Fire,    205 Otis Dr., #1B,    Waco, TX 76712-6735
7089763      +City Of Waco,    Leah Hayes, City Attorney,    P.O. Box 2570,    Waco, TX 76702-2570
7089761       City Of Waco,    Water Utility Service,    P.O. Box 2570,    Waco, TX 76702-2570
7089762      +City Of Waco,    P.O. Box 406,    Waco, TX 76703-0406
7089764       City Of Waco Water Office,    P.O. Box 2649,    Waco, TX 76702-2649
7135106      +City of Waco and Waco ISD,    c/o Michael Reed,    P.O. Box 1269,    Round Rock, Tx 78680-1269
7089765      +Citywide Mechanical, Inc.,    3825 Bryan St.,    Dallas, TX 75204-6596
7089766      +Coey Taylor,    215 Washington Ave.,    Waco, TX 76701-1400
7089767      +Comcast,    P.O. Box 3005,    Southeastern, PA 19398-3005
7089768      +Comp. Security Sys.,    Saflok Division,    31750 Sherman Avenue,    Madison Heights, MI 48071-1423
7089769      +Costa Bajjali,    Suite 150,    13135 Dairy Ashford,    Sugar Land, TX 77478-3681
7220069      +Costandl R. Bajiall,    2911 Walters Lake Lane,    Missouri City Tx 77459-6702
7089770      +Countersource, Inc.,    5021 Statesman Dr.,    Irving, TX 75063-2414
7089773      +D. A.,    Parent(s) of D.A.,    754 Wedgewood Dr.,    Crystal Lake, IL 60014-6979
7089775      +D. A.,    Parent(s) of D.A.,    4001 Treasure Island,    Waco, TX 76705-7402
7089774      +D. A.,    Parent(s) of D.A.,    66 Daughtrey #1215,    Waco, TX 76706-1681
7089776      +D. C.,    Parent(s) of D.C.,    905 Trimmier Rd,    Killeen, TX 76541-7836
7089777      +D. E.,    Parent(s) of D.E.,    9000 Yoder Dr,    Wadsworth, OH 44281-8351
7089779      +D. H.,    Parent(s) of D.H.,    3300 Fireside Dr.,    Flower Mound, TX 75028-2605
7089778       D. H.,    Parent(s) of D.H.,    Golden Pond,    Kingwood, TX 77345
7089780      +D. K.,    Parent(s) of D.K.,    7504 A Lazy Creek Dr.,    Austin, TX 78724-3300
7089781      +D. Q.,    Parent(s) of D.Q.,    P.O. Box 2672,    Trinity, TX 75862-2672
7089783      +D. R.,    Parent(s) of D.R.,    296 Meadowview Dr.,    Killeen, TX 76549-6485
7089782      +D. R.,    Parent(s) of D.R.,    215 Washington Ave, #328,    Waco, TX 76701-1452
7089785       DASH,    Attn: Reagan Ramsower,    VP Finance & Admin,    Baylor University,    Waco, TX 76798
7089787      +DB Technology Services,    P.O. Box 1395,    Lockhart, TX 78644-1395
7089784      +Darden Building Materials, Inc.,    200 Otis Dr.,    Waco, TX 76712-6719
7220068      +David G. Wallace,    19 Sweetwater court,    Sugar Land, TX 77479-3160
7089786      +David Wallace,    Suite 150,    13135 Dairy Ashford,    Sugar Land, TX 77478-3681
7089788      +DirecTV,    P.O. Box 60036,    Los Angeles, CA 90060-0036
7089789      +Dodd Creative Group,    4300 N. Central Expressway,    Dallas, TX 75206-6532
7089790      +Drywall Inc.,    2301 Kendall Lane,    Waco, TX 76705-3366
7089791      +Dupuy Oxygen,    PO Box 7833,    Waco, TX 76714-7833
7089792      +E. B.,    Parent(s) of E.B.,    2 Ourlane Trail,    Houston, TX 77024-2641
7089793      +E. C.,    Parent(s) of E.C.,    5712 Twin Brooks Dr,    Dallas, TX 75252-4931
7089794      +E. F.,    Parent(s) of E.F.,    231 Meadow Croft Circle,    Birmingham, AL 35242-2956
7089795      +E. H.,    Parent(s) of E.H.,    401 S 3rd Street,    Waco, TX 76706-1017
7089796      +E. R.,    Parent(s) of E.R.,    5524 Banting Way,    Dallas, TX 75227-1411
7089797      +E. V.,    Parent(s) of E.V.,    4351 FM 2673,    Canyon Lake, TX 78133-5152
7089798      +EE Reed Construction, LP,    333 Commerce Green Blvd,    Sugar Land, TX 77478-3596
7089799      +Elizabeth Muska,    902 S. Marable,    West, TX 76691-3701
7089800      +Elizabeth Muska,    215 Washington Ave.,    Waco, TX 76701-1400
7089801      +F. G.,    Parent(s) of F.G.,    215 Washington Ave. #231,    Waco, TX 76701-1449
7089802      +Federal Express,    P.O. Box 660481,    Dallas, TX 75266-0481
7089803      +Fermin Guerro, Jr.,    215 Washington Ave.,    Waco, TX 76701-1400
7089804      +First Home Improvement, Inc.,    c/o Son & Tan, LLP (Attn: Simon Tan),    300 Terrace Dr, Ste 301,
               Richardson, TX 75081-6021
7089805      +Fox Electric,    1104 Colorado Ln,    Arlington, TX 76015-1503
7089806      +Fun N Sun Pools, Inc,    Suite 201,    3601 Kim Dr.,    Irving, TX 75061-6291
```

```
District/off: 0541-4          User: adol                  Page 3 of 7            Date Rcvd: Jun 29, 2011
                              Form ID: pdf001             Total Noticed: 403


7089807        +G. A.,    Parent(s) of G.A.,     9215 Partridge Cir.,    Austin, TX 78758-6532
7089808        +G. G.,    Parent(s) of G.G.,     13622 Lakeshore Way Ct,    Houston, TX 77077-3424
7089809        +G. R.,    Parent(s) of G.R.,     6210 McDonald Ct.,    Sugar Land, TX 77479-5060
7089810        +G. S.,    Parent(s) of G.S.,     3731 Townsend Dr.,    Dallas, TX 75229-3923
7089811        +Gary Gunn,    20th Floor,    Three Allen Center,    333 Clay,    Houston, TX 77002-4000
7089812         H. A.,    Parent(s) of H.A.,     2483 CR 2550,    Valley Mills, TX 76689
7089813        +H. G.,    Parent(s) of H.G.,     5525 Alexander Dr.,    Fort Worth, TX 76112-7601
7089815        +H. H.,    Parent(s) of H.H.,     109 Breck Dr.,    Cedartown, GA 30125-6093
7089814        +H. H.,    Parent(s) of H.H.,     4608 Maywood Dr.,    Arlington, TX 76017-1329
7089817         HD Supply Facilities Maintenance,    P.O. Box 509058,    San Diego, CA 92150-9058
7089818        +HLU Services, Inc,    14000 Old Richmond Rd.,    Sugar Land, TX 77498-1504
7089819        +HPA Design Group, LP,    Suite 270,    5339 Alpha Rd.,    Dallas, TX 75240-1317
7089816        +Hardware Resources,    Suite 2,    21240 Foster Rd.,    Spring, TX 77388-4248
7089820        +Humphreys & Partners Architects,    Suite 300,    5339 Alpha Rd.,    Dallas, TX 75240-7307
7089821        +I. S.,    Parent(s) of I.S.,     2819 W. Colorado Blvd.,    Dallas, TX 75211-1602
7089824       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114)
7089823       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Special Procedures,    Stop 5022 HOU,
                 1919 Smith St.,    Houston, TX  77002)
7089826        +IRIO Inc.,    Suite 150,    15303 Dallas Pkwy,    Addison, TX 75001-6737
7089822        +In-Touch Communications,    P.O. Box 811,    Martinsburg, WV 25402-0811
7089825         International Sports Properties,    Dept. 905 ISP,    P.O. Box 667715,    Charlotte, NC 28266-7715
7089827        +J. A.,    Parent(s) of J.A.,     86 S. Chantsong Cir.,    The Woodlands, TX 77382-2608
7089828         J. B.,    Parent(s) of J.B.,     339 County Rd. 4250,    Winnsboro, TX 75494
7089829        +J. C.,    Parent(s) of J.C.,     19459 FM 1314,    Porter, TX 77365-3440
7089830        +J. C.,    Parent(s) of J.C.,     506 Heather Springs St.,    La Porte, TX 77571-2757
7089831        +J. E.,    Parent(s) of J.E.,     29103 Stapleford St.,    Spring, TX 77386-5424
7089832        +J. F.,    Parent(s) of J.F.,     10335 Cuera Del Oso NE,    Albuquerque, NM 87111-3764
7089833        +J. G.,    Parent(s) of J.G.,     2150 Wooten Rd,    Beaumont, TX 77707-4622
7089834        +J. G.,    Parent(s) of J.G.,     315 Tidewind,    San Antonio, TX 78221-4031
7089836        +J. H.,    Parent(s) of J.H.,     17315 Dawn Haven Ct,    Houston, TX 77095-4654
7089835        +J. H.,    Parent(s) of J.H.,     5110 Kings Ct,    Corpus Christi, TX 78413-5126
7089837        +J. I.,    Parent(s) of J.I.,     215 Washington Ave. #328,    Waco, TX 76701-1452
7089840        +J. J.,    Parent(s) of J.J.,     1011 W. Bond,    Denison, TX 75020-2103
7089839        +J. J.,    Parent(s) of J.J.,     6947 Rain Tree Forest,    San Antonio, TX 78233-3861
7089838        +J. J.,    Parent(s) of J.J.,     1701 Brentwood Ct.,    Hollister, CA 95023-8111
7089841        +J. K.,    Parent(s) of J.K.,     22521 Peartree,    Mission Viejo, CA 92692-4828
7089842        +J. M.,    Parent(s) of J.M.,     28 Thomas Newton Dr.,    Westborough, MA 01581-1759
7089843        +J. M.,    Parent(s) of J.M.,     9208 E. 76th Place,    Tulsa, OK 74133-4934
7089844        +J. M.,    Parent(s) of J.M.,     608 Edgewood,    Kilgore, TX 75662-2205
7089846        +J. M.,    Parent(s) of J.M.,     3901 Timbercrest Dr,    Burleson, TX 76028-1279
7089847        +J. M.,    Parent(s) of J.M.,     10727 River Oaks Dr.,    Conroe, TX 77385-4008
7089845        +J. M.,    Parent(s) of J.M.,     14964 Larkspur St,    Sylmar, CA 91342-2018
7089848        +J. N.,    Parent(s) of J.N.,     4106 Southridge,    Rowlett, TX 75088-5040
7089849        +J. P.,    Parent(s) of J.P.,     1421 Lizzy Ct.,    Keller, TX 76248-8741
7089851        +J. R.,    Parent(s) of J.R.,     705 Arbor Downs Dr.,    Plano, TX 75023-6814
7089850        +J. R.,    Parent(s) of J.R.,     3434 Indian Trail,    Arlington, TX 76016-3109
7089852        +J. R.,    Parent(s) of J.R.,     2310 Wilson Drive,    Weslaco, TX 78596-8866
7089853        +J. S.,    Parent(s) of J.S.,     4627 Pine Valley Dr.,    Frisco, TX 75034-6830
7089854        +J. S.,    Parent(s) of J.S.,     18 Hanna Court,    Westlake, TX 76262-6715
7089856        +J. T.,    Parent(s) of J.T.,     3400 NE Akin Blvd. #316,    Lees Summit, MO 64064-7900
7089855        +J. T.,    Parent(s) of J.T.,     2000 Stanton,    Brady, TX 76825-7410
7089858        +J. U.,    Parent(s) of J.U.,     2206 Birch Creek Rd,    De Pere, WI 54115-9605
7089857        +J. U.,    Parent(s) of J.U.,     4202 Driftwood,    Wichita Falls, TX 76309-1011
7089859        +J. V.,    Parent(s) of J.V.,     708 N. Davis,    West, TX 76691-1106
7089860        +J. V.,    Parent(s) of J.V.,     12110 Dawson Cir.,    San Antonio, TX 78253-5597
7089865        +J. W.,    Parent(s) of J.W.,     1371 Ginger Cir.,    Weston, FL 33326-3629
7089861        +J. W.,    Parent(s) of J.W.,     5941 Henley Dr.,    Plano, TX 75093-7834
7089864        +J. W.,    Parent(s) of J.W.,     6717 FM 2123,    Paradise, TX 76073-5017
7089862        +J. W.,    Parent(s) of J.W.,     4625 White Oak Lane,    River Oaks, TX 76114-3429
7089863        +J. W.,    Parent(s) of J.W.,     23163 Tranquil Springs Lane,    Katy, TX 77494-4257
7089872        +JM Elite Builders,    2800 S. Orange Blossom Trail,    Orlando, FL 32805-6170
7089867        +Jacquelyn Marie Wallace Trust,    c/o Nancy Gollan, Trustee,    Suite 150,    13135 Dairy Ashford,
                 Sugar Land, TX 77478-3681
7089868        +James Johnson,    215 Washington Ave.,    Waco, TX 76701-1400
7089869        +James R. Cook/Jadco Contracting,    2386 S. Dairy Ashford,    Houston, TX 77077-5739
7089870        +Jerry Lankford,    P.O. Box 387,    Eddy, TX 76524-0387
7089871        +Jimmy Godby,    215 Washington Ave.,    Waco, TX 76701-1400
7089873        +Johnson Roof System, Inc.,    P.O. Box 11368,    Waco, TX 76716-1368
7145316         Johnson Roof Systems Inc,    c/o Fred M.Johnson, Jr,    Post Office Box 58,    Waco, TX 76703-0058
7089875         K. B.,    Parent(s) of K.B.,     12857 Hwy 235,    Sardis, GA 30456
7089874        +K. B.,    Parent(s) of K.B.,     6225 Rosemont Ave,    Fort Worth, TX 76116-4613
7089876        +K. D.,    Parent(s) of K.D.,     1715 Sampson Dr.,    Tyler, TX 75701-4940
7089877        +K. H.,    Parent(s) of K.H.,     1258 Fenton Meadows Ct.,    Fenton, MO 63026-2309
7089878        +K. H.,    Parent(s) of K.H.,     310 East Angeline,    Groesbeck, TX 76642-1406
7089879        +K. H.,    Parent(s) of K.H.,     11713 Galloway Loop,    Eagle River, AK 99577-7315
7089880        +K. K.,    Parent(s) of K.K.,     P.O. Box 125,    Elmore City, OK 73433-0125
```

```
District/off: 0541-4          User: adol                 Page 4 of 7              Date Rcvd: Jun 29, 2011
                              Form ID: pdf001            Total Noticed: 403

7089881       +K. K.,      Parent(s) of K.K.,     9710 Wolf Creek Drive,     Irving, TX 75063-5032
7089882       +K. L.,      Parent(s) of K.L.,     1513 Clover Dr.,    Allen, TX 75002-4668
7089884       +K. M.,      Parent(s) of K.M.,     1401 Cookson Dr.,     Ponca City, OK 74604-4108
7089883       +K. M.,      Parent(s) of K.M.,     144 Rustic Meadow Way,     Coppell, TX 75019-2619
7089885       +K. N.,      Parent(s) of K.N.,     41 E. Wedgemere Circle,     The Woodlands, TX 77381-4196
7089886       +K. O.,      Parent(s) of K.O.,     245 Millbrook Rd.,    North Haven, CT 06473-4334
7089887       +K. O.,      Parent(s) of K.O.,     805 W. Smith St.,     Cleburne, TX 76033-4730
7089888       +K. P.,      Parent(s) of K.P.,     102 S. Chantsong Cir.,     The Woodlands, TX 77382-2605
7089891       +K. R.,      Parent(s) of K.R.,     4404 Clifton Ln,    McKinney, TX 75070-4106
7089889       +K. R.,      Parent(s) of K.R.,     1617 Creekridge Dr.,     Keller, TX 76248-6852
7089890       +K. R.,      Parent(s) of K.R.,     1402 Hackberry St.,    Clifton, TX 76634-1318
7089893       +K. S.,      Parent(s) of K.S.,     6823 Woodcrest,    Sachse, TX 75048-3590
7089892       +K. S.,      Parent(s) of K.S.,     865 Indigo Run Dr.,    Bulverde, TX 78163-3221
7089894       +K. T.,      Parent(s) of K.T.,     6413 Castle Rock Cir,     McKinney, TX 75071-7613
7089895       +K. T.,      Parent(s) of K.T.,     2713 Ruidoso Circle,     Deer Park, TX 77536-5623
7089896       +K. W.,      Parent(s) of K.W.,     3330 Cobb Pkwy NW Suite 17,     PMB136,    Acworth, GA 30101-8350
7089897       +K. Z.,      Parent(s) of K.Z.,     1723 Brush Creek Dr.,     San Antonio, TX 78248-2003
7089899       +Kayla Merritt,    215 Washington Ave.,     Waco, TX 76701-1400
7089900       +Kesli Shepherd,     215 Washington Ave.,    Waco, TX 76701-1400
7089901       +Kevin Matocha,     Suite 430,    1650 Hwy 6 South,    Sugar Land, TX 77478-5086
7089902       +L. A.,      Parent(s) of L.A.,     818 E. Munroe Ave,    Temple, TX 76501-2751
7089903       +L. B.,      Parent(s) of L.B.,     701 Robinhood Dr.,     Sherwood Forest, MD 21405-2021
7089904       +L. C.,      Parent(s) of L.C.,     17405 CR 122,    Tyler, TX 75703-8023
7089905       +L. D.,      Parent(s) of L.D.,     2684 Carnation Dr.,    Richardson, TX 75082-4218
7089906       +L. E.,      Parent(s) of L.E.,     5717 Walden Dr,    Plano, TX 75093-2436
7089907       +L. H.,      Parent(s) of L.H.,     1479 Highland View Dr,     Stephenville, TX 76401-9625
7089908       +L. H.,      Parent(s) of L.H.,     110 Anderson St.,    Schulenburg, TX 78956-1644
7089909       +L. L.,      Parent(s) of L.L.,     1201 Western Hills Dr.,     Sherman, TX 75092-5227
7089910       +L. M.,      Parent(s) of L.M.,     7020 Hwy 75 South,     Madisonville, TX 77864-7114
7089911       +L. N.,      Parent(s) of L.N.,     5858 Grosseto Dr.,     Frisco, TX 75034-2289
7089912       +L. O.,      Parent(s) of L.O.,     26026 Oak Nest,    San Antonio, TX 78255-3529
7089913       +L. S.,      Parent(s) of L.S.,     12820 Greenwood Forest Dr Apt 426,     Houston, TX 77066-1638
7089915       +L. S.,      Parent(s) of L.S.,     721 Lockener Ave,    New Braunfels, TX 78130-5339
7089914       +L. S.,      Parent(s) of L.S.,     1030 W. Stiles Rd,     Hobbs, NM 88242-0661
7089916       +L. T.,      Parent(s) of L.T.,     3039 39th St.,    Port Arthur, TX 77642-5504
7089917       +L. Y.,      Parent(s) of L.Y.,     8213 Canola Bend,    Austin, TX 78729-6467
7089921       +LS Decker, Inc.,     6901 Maple Avenue,    Dallas, TX 75235-4600
7089918       +Lawns Ltd.,    1824 Austin Avenue,     Waco, TX 76701-1617
7089922       +M. A.,      Parent(s) of M.A.,     624 Park Place,    Hewitt, TX 76643-3208
7089923       +M. B,      Parent(s) of M.B.,     5914 Crescent Lane,     Colleyville, TX 76034-7634
7089924       +M. B.,      Parent(s) of M.B.,     101 Royal Springs,     Crawford, TX 76638-2774
7089927       +M. B.,      Parent(s) of M.B.,     P.O. Box 62233,    San Angelo, TX 76906-2233
7089925       +M. B.,      Parent(s) of M.B.,     2807 Knoxville Dr.,    League City, TX 77573-4704
7089926       +M. B.,      Parent(s) of M.B.,     3216 Escondido Pass,     San Antonio, TX 78264-3540
7089928       +M. C.,      Parent(s) of M.C.,     1806 Waterbury Ct,     Temple, TX 76502-7336
7089930       +M. C.,      Parent(s) of M.C.,     7711 Hornwood Drive,     Houston, TX 77036-4113
7089929       +M. C.,      Parent(s) of M.C.,     3408 Wentletrap St,     Bay City, TX 77414-2779
7089931        M. D.,      Parent(s) of M.D.,     2045 Compass Ct.,     Bodega Bay, CA 94923
7089932       +M. F.,      Parent(s) of M.F.,     P.O. Box 602,    Waco, TX 76703-0602
7089934       +M. G.,      Parent(s) of M.G.,     1100 Knotty Oaks,    Woodway, TX 76712-2318
7089933       +M. G.,      Parent(s) of M.G.,     5610 Katy Ln.,     Beaumont, TX 77713-4141
7089935       +M. L.,      Parent(s) of M.L.,     12403 Mellville Drive,     Houston, TX 77089-7049
7089937        M. M.,      Parent(s) of M.M.,     18954 S. Pinnacle Circle,     Baton Rouge, LA 70810
7089938       +M. M.,      Parent(s) of M.M.,     1205 Space Lane,    Austin, TX 78758-3840
7089936       +M. M.,      Parent(s) of M.M.,     1712 Ascot Rd,     Colorado Springs, CO 80906-5602
7089939       +M. N.,      Parent(s) of M.N.,     6628 Castle Creek Drive,     Fort Worth, TX 76132-3706
7089940       +M. N.,      Parent(s) of M.N.,     32 Glen Abbey,    Abilene, TX 79697-0001
7089941       +M. P.,      Parent(s) of M.P.,     1146 Forrest Ave.,     Warson Woods, MO 63122-6907
7089942       +M. P.,      Parent(s) of M.P.,     8312 S. Lancaster Dr,     Dallas, TX 75241-6306
7089943       +M. R.,      Parent(s) of M.R.,     1805 Burton Hill,    Fort Worth, TX 76107-3214
7089944       +M. S.,      Parent(s) of M.S.,     3653 Timberglen Dr. #1036,     Dallas, TX 75287-3580
7089945       +M. S.,      Parent(s) of M.S.,     3426 E. Mercer Lane,     Phoenix, AZ 85028-3322
7089946       +M. W.,      Parent(s) of M.W.,     17118 Dewgrass,    Houston, TX 77060-3010
7089954       +MTO Cleaning Services,     250 Bob White Circle,     Lorena, TX 76655-3498
7089947       +McLennan Community College,      P.O. Box 406,    Waco, TX 76703-0406
7102419       +McLennan County,     c/o Diane W. Sanders,     Linebarger Goggan Blair & Sampson, LLP,    PO BOX 17428,
                Austin, TX 78760-7428
7089948       +McLennan County,     P.O. Box 406,     Waco, TX 76703-0406
7089949       +McLennan County FM,     P.O. Box 406,    Waco, TX 76703-0406
7089950       +McLennan County Tile Co., Inc.,      P.O. Box 2345,    Hewitt, TX 76643-2345
7089951       +Metal Construction Materials, Inc.,      8129 Jackrabbit Rd.,    Houston, TX 77095-3001
7089952       +Michael Orsak,     611 Houston St.,    Richmond, TX 77469-3410
7089953       +Mike Ybarra,     215 Washington Ave.,    Waco, TX 76701-1400
7089955       +N. D.,      Parent(s) of N.D.,     16703 Bridle Oak Dr.,     Cypress, TX 77433-7821
7089956       +N. E.,      Parent(s) of N.E.,     1410 Bentwood Drive,     Missouri City, TX 77489-1608
7089957       +N. I.,      Parent(s) of N.I.,     2717 Wickersham Drive,     Temple, TX 76502-3063
7089958       +N. L.,      Parent(s) of N.L.,     8800 Melissa Ct.,     Waxahachie, TX 75167-7279
7089959       +N. M.,      Parent(s) of N.M.,     P.O. Box 16325,    Sugar Land, TX 77496-6325
7219555       +Nancy Giollan, Trustee of the Whitney L Wallace 19,      13135 Dairy Ashford, Suite 150,
                Sugar Land TX 77478-3681
```

```
District/off: 0541-4           User: adol                   Page 5 of 7                Date Rcvd: Jun 29, 2011
                               Form ID: pdf001              Total Noticed: 403


7220067         +Nancy Gollan, Trustee of the Jacqueline M. Wallace,    13135 Dairy Ashford Suite 150,
                  Sugar Land, TX 77478-3681
7089961         +Otis,    Suite 127,    1931 Market Center Blvd,    Dallas, TX 75207-3326
7089963         +Otis Elevator Company,    Suite 127,    1931 Market Center Blvd.,    Dallas, TX 75207-3326
7089962          Otis Elevator Company,    P.O. Box 730400,    Dallas, TX 75373-0400
7089964         +Overhead Door Co. of Waco,    22009 Bush Dr.,    Waco, TX 76712-8502
7205183         +Overhead Door Company of Waco,    c/o Blake Rasner,    Haley & Olson, P.C.,
                  510 North Valley Mills Drive, Suite 600,    Waco, Texas 76710-6078
7089965         +P. D.,    Parent(s) of P.D.,    1220 Atalin St,    Mandeville, LA 70448-4008
7089966         +P. J.,    Parent(s) of P.J.,    740 Pifer Rd.,    Houston, TX 77024-5422
7089967         +P. J.,    Parent(s) of P.J.,    7800 Southwest Pkwy, #412,    Austin, TX 78735-6117
7089968         +P. M.,    Parent(s) of P.M.,    27060 Ramblewood,    San Antonio, TX 78261-2002
7089969         +Q. H.,    Parent(s) of Q.H.,    25 Brentwood Circle,    Lubbock, TX 79407-2160
7089972         +R. C.,    Parent(s) of R.C.,    2117 N. Main St.,    Cleburne, TX 76033-5009
7089971         +R. C.,    Parent(s) of R.C.,    927 Lakespur Dr.,    Sugar Land, TX 77479-5910
7089973         +R. C.,    Parent(s) of R.C.,    1600 FM 1980,    Meadowlakes, TX 78654-7381
7089970         +R. C.,    Parent(s) of R.C.,    6066 Prairie Falcon Dr.,    La Verne, CA 91750-5924
7089974         +R. D.,    Parent(s) of R.D.,    5803 Meadow Lane,    Kaufman, TX 75142-4244
7089975         +R. D.,    Parent(s) of R.D.,    22533 Tula Dr.,    Santa Clarita, CA 91350-1538
7089977         +R. G.,    Parent(s) of R.G.,    1013 Deer Park Ct,    Longview, TX 75604-2400
7089978         +R. G.,    Parent(s) of R.G.,    315 Tidewind St,    San Antonio, TX 78221-4031
7089976         +R. G.,    Parent(s) of R.G.,    2004 Kittiwalle Lane,    Cedar Park, TX 78613-1577
7089979         +R. K.,    Parent(s) of R.K.,    4140 Boulder Park Dr.,    Euless, TX 76040-8535
7089980         +R. L.,    Parent(s) of R.L.,    1320 Coastal Drive,    Rockwall, TX 75087-3190
7089981         +R. M.,    Parent(s) of R.M.,    13112 Alhambra,    Leawood, KS 66209-4142
7089982         +R. O.,    Parent(s) of R.O.,    7329 Brentwood Cir.,    Waco, TX 76712-3733
7089983         +R. P.,    Parent(s) of R.P.,    14011 Lane Oak Ln,    Woodway, TX 76712-7532
7089984         +R. S.,    Parent(s) of R.S.,    1400 McCorey,    Waco, TX 76704-1446
7089986          RealPage Inc.,    P.O. Box 671777,    Dallas, TX 75267-1777
7089987         +Ricky A. Devers,    215 Washington Ave.,    Waco, TX 76701-1400
7089988         +Rida Kaiser,    215 Washington Ave.,    Waco, TX 76701-1400
7089989         +S. A.,    Parent(s) of S.A.,    2944 Moody Dr.,    Plano, TX 75025-5155
7089992         +S. A.,    Parent(s) of S.A.,    2500 Hwy 121, #1623,    Euless, TX 76039-6040
7089990         +S. A.,    Parent(s) of S.A.,    394 Private Rd. 2610,    Meridian, TX 76665-2946
7089991          S. A.,    Parent(s) of S.A.,    18821 China Spring Dr,    Waco, TX 76708
7089993         +S. B.,    Parent(s) of S.B.,    2405 Delaney Terrace,    Lewsville, TX 75028-7571
7089995         +S. C.,    Parent(s) of S.C.,    1216 Sherwood Lane,    Oklahoma City, OK 73116-5716
7089994         +S. C.,    Parent(s) of S.C.,    612 Barbara Jean,    Hewitt, TX 76643-2946
7089996         +S. C.,    Parent(s) of S.C.,    165 Palo Alto Dr.,    Brownsville, TX 78521-2608
7089998         +S. D.,    Parent(s) of S.D.,    1512 Weathered St.,    Irving, TX 75062-6624
7089997         +S. D.,    Parent(s) of S.D.,    13279 Retreat Ln,    Moody, TX 76557-3035
7089999         +S. G.,    Parent(s) of S.G.,    2200 Cheyenne Trl,    Harker Heights, TX 76548-2033
7090000         +S. G.,    Parent(s) of S.G,    10819 Indian Ledge Dr,    Houston, TX 77064-5018
7090001         +S. H.,    Parent(s) of S.H.,    5606 Grand Masterpiece Ct.,    Houston, TX 77041-5530
7090002         +S. J.,    Parent(s) of S.J.,    511 Simpson,    Sherman, TX 75092-8600
7090004         +S. K.,    Parent(s) of S.K.,    51 E. Wedgemere Cir.,    The Woodlands, TX 77381-4196
7090003          S. K.,    Parent(s) of S.K.,    60780 Avenida,    Palm Desert, CA 92260
7090005         +S. L.,    Parent(s) of S.L.,    507 Monterrey Dr.,    Alamo, TX 78516-7213
7090006         +S. M.,    Parent(s) of S.M.,    31003 Still Oaks Lane,    Spring, TX 77386-3173
7090007         +S. M.,    Parent(s) of S.M.,    10718 EdgeCrest,    San Antonio, TX 78217-2835
7090008         +S. N.,    Parent(s) of S.N.,    7612 Village Trail Drive,    Dallas, TX 75254-8024
7090009         +S. P.,    Parent(s) of S.P.,    1820 19th Aven N.,    Texas City, TX 77590-5204
7090010         +S. Q.,    Parent(s) of S.Q.,    396 FM 1303,    Floresville, TX 78114-6081
7090011         +S. R.,    Parent(s) of S.R.,    4207 Clear Water Ct,    Missouri City, TX 77459-1668
7090013         +S. S.,    Parent(s) of S.S.,    2512 Marilyn Dr.,    Tyler, TX 75701-5928
7090014         +S. S.,    Parent(s) of S.S.,    817 10th St.,    Waco, TX 76706-1329
7090012         +S. S.,    Parent(s) of S.S.,    1 Hollymead Dr,    The Woodlands, TX 77381-5104
7090015         +S. V.,    Parent(s) of S.V.,    6910 Sundew Creek,    Converse, TX 78109-3444
7090016         +S. W.,    Parent(s) of S.W.,    200 Private Rd 3817,    Hallsville, TX 75650-4226
7090018         +S. W.,    Parent(s) of S.W.,    330 HCR 2207,    Aquilla, TX 76622-2516
7090017         +S. W.,    Parent(s) of S.W.,    372 John Nors Rd.,    West, TX 76691-2531
7090020         +S. W.,    Parent(s) of S.W.,    2010 Ave P,    Huntsville, TX 77340-5030
7090019         +S. W.,    Parent(s) of S.W.,    418 Raider,    Wolfforth, TX 79382-5311
7090022          Schindler Elevator Corporation,    P.O. Box 70433,    Chicago, IL 60673-0433
7090023         +Soloman Moore,    P.O. Box 250786,    Plano, TX 75025-0786
7090024          Standard Coffee Service Co,    P.O. Box 974860,    Dallas, TX 75397-4860
7208047         +Sterling Bank,    Attn: Gerald Mangum, Sr. VP,    Special Assets Group,
                  15000 Northwest Freeway 3rd Floor,    Houston  TX 77040-3220
7215758         +Stonehenge Companies LLC,    1650 Highway 6 South, Suite 430,    Sugar Land, TX 77478-5086
7090028         +Stonehenge Companies, LLC,    Suite 430,    1650 Hwy 6 South,    Sugar Land, TX 77478-5086
7090030         +T. E.,    Parents(s) of T.E.,    2073 Came Drive,    Lewisville, TX 75067-7432
7090032         +T. H.,    Parent(s) of T.H.,    5691 Miramar,    Frisco, TX 75034-5949
7090031         +T. H.,    Parent(s) of T.H.,    16650 Jones Maltsberger Rd.,    San Antonio, TX 78247-2803
7090034         +T. L.,    Parent(s) of T.L.,    6012 74th Street,    Lubbock, TX 79424-1928
7090035         +T. L.,    Parent(s) of T.L.,    21001 N. Tatum Blvd Suite 1630-622,    Phoenix, AZ 85050-4242
7090033          T. L.,    Parent(s) of T.L.,    3080 Tervuren,    Belgium
7090036         +T. O.,    Parent(s) of T.O.,    3202 Redwing Cir.,    Montgomery, TX 77356-7990
7090037         +T. P.,    Parent(s) of T.P.,    607 Cedar St.,    Forney, TX 75126-9439
7090038         +T. R.,    Parent(s) of T.R.,    1725 Williams Rd.,    Irving, TX 75060-3252
7090039         +T. S.,    Parent(s) of T.S.,    766 New Ballwin Rd,    Ballwin, MO 63021-4474
```

```
District/off: 0541-4          User: adol              Page 6 of 7             Date Rcvd: Jun 29, 2011
                              Form ID: pdf001         Total Noticed: 403

 7090040       +T. S.,   Parent(s) of T.S.,    1712 Ascot Rd,    Colorado Springs, CO 80906-5602
 7090041       +T. T.,   Parent(s) of T.T.,    709 Pine Valley,    Lufkin, TX 75901-7498
 7090046       +TQP Painting & Decorating, LP,    3941 Legacy Dr.,    Plano, TX 75023-8334
 7090042        The Rock Painting & Remodeling,    P.O. Box 152528,    Waco, TX 76715
 7161821       +The Rock Painting & Remodeling,    P.O. Box 152528,    Austin, TX 78715-2528
 7090045       +Time Warner Cable,    215 Factory Dr.,    Waco, TX 76710-6959
 7090044       +Time Warner Cable,    Attn: Mr. Bobby Phillips,    215 Factory Drive,    Waco, TX 76710-6959
 7090043       +Time Warner Cable,    P.O. Box 7852,    Waco, TX 76714-7852
 7090048       +University Directories,    P.O. Box 8830,    Chapel Hill, NC 27515-8830
 7090049        Unlimited Sprinkler Fire Protection, Inc,    Suite 800,    1130 Petal St.,   Dallas, TX 75238
 7090050       +V. D.,   Parent(s) of V.D.,    2609 Tillman Dr.,    Arlington, TX 76006-2809
 7090051       +V. G.,   Parent(s) of V.G.,    14885 Peachmeadow Ln,    Channelview, TX 77530-2035
 7090052       +W. L.,   Parent(s) of W.L.,    7310 94th St.,    Lubbock, TX 79424-4948
 7090053       +W. P.,   Parent(s) of W.P.,    219 Salinas,    Laredo, TX 78040-5747
 7090054       +Waco ISD,    P.O. Box 406,    Waco, TX 76703-0406
 7090055       +Waco Public Imp. Dist. #1,    P.O. Box 406,    Waco, TX 76703-0406
 7090056       +Wallace Bajjali Development Partners,    Suite 150,    13135 Dairy Ashford,
                  Sugar Land, TX 77478-3681
 7090057       +Waste Management,    P.O. Box 13648,    Philadelphia, PA 19101-3648
 7090058       +Whirlpool Corporation,    412 N. Peters Rd.,    Knoxville, TN 37922-2332
 7090059       +Whitney Leigh Wallace Trust,    c/o Nancy Gollan, Trustee,    Suite 150,    13135 Dairy Ashford,
                  Sugar Land, TX 77478-3681
 7090060       +Z. C.,   Parent(s) of Z.C.,    13708 Biltmore Lakes,    San Antonio, TX 78233-5376
 7090061       +Z. G.,   Parent(s) of Z.G.,    600 Schumann Beach Rd.,    New Braunfels, TX 78130-8302
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 7089960       +E-mail/Text: anestisderakis@officemax.com Jun 29 2011 21:37:49      Office Max Inc.,
                  P.O. Box 101705,    Atlanta, GA 30392-1705
 7090025        E-mail/Text: aswiney@startexpower.com Jun 29 2011 21:35:57      StarTex Power,    P.O. Box 4802,
                  Houston, TX 77210-4802
 7090047       +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Jun 29 2011 21:38:13      United States Trustee,
                  Suite 3516,    515 Rusk,    Houston, TX 77002-2604
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty            Porter Hedges LLP
 cr             Aguilar Forming Rebar Construction, Inc.
 cr             City Wide Mechanical, Inc.
 cr             Constandl R Bajiall
 crcm           David G Wallace
 cr             E.E. Reed Construction, L.P.
 cr             Fox Electric, Ltd.
 cr             HPA Design Group, LLC
 cr             Humphreys & Partners Architects, L.P.
 cr             Jacqueline M. Wallace Trust
 cr             Kevin J Matocha
 cr             McLennan County
 cr             Overhead Door Company of Waco
 cr             Sterling Bank
 cr             Stonehenge Companies LLC
 cr             Wallace Bajjali Development Partners, LP, agent,    c/o Wallace Bajjali Management, LLC
 cr             Whirlpool Corporation
 7089727        Blakenship, Alison
 7169340        HPA Design Group, LP
 7169430        Humphreys & Partners Architects, LP
 7089985        Ramirez, Alexisis
 cr*           +City of Waco and Waco ISD,    c/o Michael Reed,    P.O. Box 1269,    Round Rock, TX 78680-1269
 7089702*      +A.D.,   Parent(s) of A.D.,    12730 E. Birchwood Drive,    Wichita, KS 67206-3619
 7089703*       A.I.,   Parent(s) of A.I.,    10500 Rios Drive,    Saginaw, TX 76179
 7089866*      +J.G.,   Parent(s) of J.G.,    315 Tidewind,    San Antonio, TX 78221-4031
 7089898*      +K.T.,   Parent(s) of K.T.,    2713 Ruidoso Circle,    Deer Park, TX 77536-5623
 7089919*      +Lawns Ltd.,    1824 Austin Ave.,    Waco, TX 76701-1617
 7089920*      +Lawns Ltd., Inc,    1824 Austin Ave.,    Waco, TX 76701-1617
 7090021*      +S.B.,   Parent(s) of S.B.,    2405 Delaney Terrace,    Lewsville, TX 75028-7571
 7090029*      +SWB Waco SH, L.P.,    Suite 150,    13135 Dairy Ashford,    Sugar Land, TX 77478-3681
 7108181*       TQP Painting & Decorating LP,    3941 Legacy Dr,    Plano, TX  75023-8334
 7090026      ##+Sterling Bank,    Attn: Legal Dept.,    Suite 600,    2550 North Loop West,    Houston, TX 77092-8912
 7090027      ##+Sterling Bank,    Attn: Lance Schielack,    Suite 600,    2550 North Loop West,
                  Houston, TX 77092-8912
                                                                                              TOTALS: 21, * 10, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0541-4            User: adol                  Page 7 of 7                    Date Rcvd: Jun 29, 2011
                                Form ID: pdf001             Total Noticed: 403

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2011**                         Signature:    _Joseph Speetjens_